SAO
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RHIANN S. JARVIS, ESQ.
Nevada Bar No. 13509
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 facsimile
jsilvestri@pyattsilvestri.com
rjarvis@pyattsilvestri.com
Attorneys for Defendant Encompass
Insurance Company of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KILLORAN, | ) |
| Plaintiff, | ) CASE NO.: 2:14-cv-02160-LDG-GWF |
| vs. | ) |
| ENCOMPASS INSURANCE COMPANY OF AMERICA; ROE CORPORATIONS 1 through 10, inclusive; and DOES 11 through 20, inclusive, | ) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

...

...

...

...

through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear their own fees and costs.

No Trial is set in this matter.

Dated this 30 day of November, 2015.

HARRIS & HARRIS

_____
BRIAN K. HARRIS, ESQ.
Nevada Bar No. 7737
2029 Alta Drive
Las Vegas, NV 89106
Attorneys for Plaintiff

Dated this 23rd day of November, 2015.

PYATT SILVESTRI

_____
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RHIANN S. JARVIS, ESQ.
Nevada Bar No. 13509
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby:

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear their own fees and costs.

DATED this 1 day of December, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

Submitted by:
PYATT SILVESTRI

By: _____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RHIANN S. JARVIS, ESQ.
Nevada Bar No. 13509
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant,
Encompass Insurance Company of America